01-15-00810-CR

# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/23/2015 2:21:00 PM
CHRISTOPHER A. PRINE
Clerk

September 8, 2015

CASIE GOTRO
ATTORNEY OF RECORD
440 LOUISIANA #800
HOUSOTN TX 77002

Defendant's Name: JACOB RHODES

Cause No: 1979692

Court: CCCL#4

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 09/02/15
**Sentence Imposed Date:** 09/02/15
**Court of Appeals Assignment: First Court of Appeals**
**Appeal Attorney of Record:** CASIE GOTRO

Sincerely,

D. Bullock
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

LEAH LEAL (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

Cause No. 1979692

THE STATE OF TEXAS

Jacob Rhodes                V.
                    , A/K/A/ _____

_____ District Court / County Criminal Court at Law No. 4

Harris County, Texas

## NOTICE OF APPEAL

### TO THE HONORABLE JUDGE OF SAID COURT:

On Sept 2nd 2015 _____ (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction.

The undersigned attorney (check appropriate box):

☐ MOVES to withdraw.
☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal.

Sept 2 2015
_____
Date

Jacob Rhodes
_____
Defendant (Printed name)

FILED
Chris Daniel
District Clerk
SEP 02 2015
Harris County, Texas
By _____ Deputy

_____
Attorney (Signature)

Casie Gotro
_____
Attorney (Printed name)

24048505
_____
State Bar Number

440 Louisiana #800 Houston 77002
_____
Address

832 368 9281
_____
Telephone Number

The defendant (check all that apply):

☐ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him.

☐ ASKS the Court to ORDER that a free record be provided to him.

☑ ASKS the court to set BAIL.

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

JACOB RHODES
_____
Defendant (Signature)

Jacob Rhodes
_____
Defendant's Printed name

SWORN TO AND SUBSCRIBED BEFORE ME ON _____ SEP 0 2

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On **Sept 2, 2015** the Court conducted a hearing and **FINDS** that defendant / appellant

☑ **IS NOT** indigent at this time.

☐ **IS** indigent for the purpose of

☑ employing counsel

☐ paying for a clerk's and court reporter's record.

☐ employing counsel or paying for a clerk's and court reporter's record.

The Court **ORDERS** that

☐ Counsel's motion to withdraw is **GRANTED / DENIED.**

☐ Defendant / appellant's motion (to be found indigent) is **DENIED.**

☐ Defendant's / appellant's motion is **GRANTED** and

☐ _____(attorney's name & bar card number)
is **APPOINTED** to represent defendant / appellant on appeal.

☐ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.

**BAIL IS:**

☐ **SET** at $ _____

☑ **TO CONTINUE** as presently set.

☐ **DENIED** and is **SET** at **NO BOND.** (Felony Only)

DATE SIGNED: **September 2, 2015**

_____
JUDGE PRESIDING,
_____ **DISTRICT COURT /**
**COUNTY CRIMINAL COURT AT LAW NO. 4,**
**HARRIS COUNTY, TEXAS**

CAUSE NO. 1979692

THE STATE OF TEXAS § IN THE COUNTY CRIMINAL

vs. § COURT AT LAW NUMBER 4

Jacob Rhodes § 

§ HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, Judge of the trial court, certify this criminal case:

- ☑ is not a plea-bargain case, and the defendant has the right of appeal. [*or*]
- ☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal. [*or*]
- ☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]
- ☐ is a plea-bargain case, and the defendant has NO right of appeal. [*or*]
- ☐ the defendant has waived the right of appeal.

_____ September 2, 2015

**Judge Presiding**                         **Date Signed**

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. Tex. R. App. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

JACOB RHODES

_____
**Defendant**                              **Defendant's Counsel**

17322 E Mill Village                       2404 8505
**Mailing address:**                        **State Bar of Texas ID Number:**

713-870-0115                               440 Louisiana #800 77002
**Telephone number**                        **Mailing address**

N/A                                        832 368 9281
**Fax number (if any):**                    **Telephone number:**

                                           832 201 8273
                                           **Fax number (if any):**

*A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case, that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant a defendant may appeal only. (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal. TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2)

CCL Form 22                                                    12-04-2012

FILED
Chris Daniel
District Clerk
SEP 02 2015
Time: ___
Harris County, Texas
Deputy

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

# APPEAL CARD  1st

Court 4      11-01-15      Cause No. 1979092

## The State of Texas
### Vs
Jacob Rhodes

Date Notice
Of Appeal: 9/2/15

Presentation: _____ Vol._____ Pg._____

Judgment: _____ Vol._____ Pg._____

Judge Presiding Frank Carmona

Court Reporter Leah Leal

Court Reporter_____

Court Reporter_____

Attorney
on Trial Casie Gotro

Attorney
on Appeal Casie Gotro

Appointed_____ Hired X

Offense Unlaw Carry Weapon

Jury Trial     Yes X No_____

Punishment
Assessed 1 year-prob 1 year $300 fine

Companion Cases
(If Known)_____ —

Amount of
Appeal Bond 1000

Appellant
Confined:     Yes___ No XXX

Date Submitted
To Appeal Section     997/52

Deputy Clerk_____